RICHARD D. HAYNES v. FIRST NATIONAL STATE BANK
OF NEW JERSEY.

July 8, 1980.

Petition for certification granted.

STATE OF NEW JERSEY v. LOUIS PIRAINO.

July 8, 1980.

Petition for certification denied.

THEODORE P. KESSLER v. KEITH BOWKER.

July 8, 1980.

Petition for certification denied.   (See 174 *N.J.Super.* 478).

DAVANNE REALTY COMPANY v. BOROUGH OF HASBROUCK
HEIGHTS, BERGEN COUNTY.

July 8, 1980.

Petition for certification denied.